UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR25-090 RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ISAI GAMBOA PACHECO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offenses charged:

   1.  Conspiracy to Distribute Controlled Substances

Date of Detention Hearing:   June 5, 2025.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and based on the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   1.    Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant is charged as a member of a drug trafficking conspiracy involving fentanyl, cocaine and methamphetamine. When his vehicle was searched the government located approximately five pounds of what appeared to be methamphetamine, US currency, and a AR style rifle with a drum magazine.

2.  Defendant poses a risk of flight because he is facing a 10 year mandatory minimum term of imprisonment which provides an incentive to flee, has limited ties to this District, and has significant ties to Mexico. Defendant poses a danger to the community based on the nature of the instant offense involving the distribution of large amounts of controlled substances, possession of a firearm, and his extensive criminal history involving a prior federal firearm conviction. Defendant does not contest detention at this time.

3.  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

DETENTION ORDER
PAGE -2

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 5th Day of June, 2025.

*/s/ S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3